

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2018

No. 04-17-00430-CR

San Juan **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3674
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

      The appellant's brief was originally due to be filed on November 6, 2017.  The appellant previously has been granted two extensions of time to file his brief, extending the deadline to January 5, 2018.    On January 5, 2018, appellant filed a motion requesting a third extension of time to file his brief until February 5, 2018, for a total extension of ninety days.  The motion is GRANTED.  **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**.  The Appellant's brief must be filed by February 5, 2018, or this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate.  TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court